AEGIS LAW FIRM, PC
SAMUEL A. WONG, State Bar No. 217104
KEVIN H. SUN, State Bar No. 276539
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251
swong@aegislawfirm.com
ksun@aegislawfirm.com

Attorneys for Plaintiff
DENISE SERRANO


MANATT, PHELPS & PHILLIPS, LLP
MANDANA MASSOUMI, (SBN: 191359)
MMassoumi@manatt.com
MATTHEW B. GOLPER, (SBN: 275979)
MGolper@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626-1924
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SERRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | **CASE NO: 2:17-cv-01130-BRO (AJWx)**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Action Filed: December 6, 2016<br>Removal: February 13, 2017<br>Trial: February 6, 2018 |

## [PROPOSED] ORDER

Pursuant to the Stipulated Protective Order ("Joint Stipulation") filed by Plaintiff Denise Serrano and Defendant Target Corporation, filed with this Court on June 1, 2017, the Court rules as follows:

IT IS HEREBY ORDERED that the Stipulated Protective Order is entered as an Order of the Court.

IT IS SO ORDERED.

Dated: June 09, 2017

_____
Honorable Andrew J. Wistrich
Judge of the United States District Court
Central District of California