MANATT, PHELPS & PHILLIPS, LLP
MANDANA MASSOUMI, (SBN 191359)
MMassoumi@manatt.com
MATTHEW B. GOLPER, (SBN 275979)
MGolper@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626-1924
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SERRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | **CASE NO: 2:17-cv-01130-BRO (AJWx)**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>(LACS Case No. BC642867)<br><br>ORDER ON<br>**JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 6, 2016<br>Removal: February 13, 2017<br>Trial: February 6, 2018 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Denise Serrano and Defendant Target Corporation (collectively, "the parties") stipulate that Plaintiff Denise Serrano voluntarily dismisses, with prejudice, all of her claims against all parties including, but not limited to those alleged in her Complaint against Defendant Target Corporation and all its affiliates, past, present and future agents, successors, subsidiaries, parents, brother/sister companies and assigns in the above-captioned action. This stipulation is made pursuant to the terms of the parties' settlement and release agreement in this matter and pursuant to Federal Rule of Civil Procedure 41.

The parties agree that the Court shall have continuing jurisdiction to interpret and enforce the provisions of the settlement and release agreement executed by the parties.

The parties will each bear their own costs and attorneys' fees associated with this action.

SO STIPULATED.

Dated: August 17, 2017     AEGIS LAW FIRM, PC

                           By: */s/ Kevin H. Sun*
                               Samuel A. Wong
                               Kevin H. Sun
                               *Attorneys for Plaintiff*
                               DENISE SERRANO

Dated: August 17, 2017     MANATT, PHELPS & PHILLIPS, LLP

                           By: */s/ Mandana Massoumi*
                               Mandana Massoumi
                               Matthew B. Golper
                               Attorneys for Defendant
                               TARGET CORPORATION

**IT IS SO ORDERED.**

**DATED:** August 21, 2017

[signature]

**UNITED STATES DISTRICT JUDGE**